# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AQUA PENNSYLVANIA, INC. | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 25-1101 |
| | : | |
| ARKEMA, INC. | : | |
|     Defendant. | : | |
| | : | |

## O R D E R

**AND NOW**, this 9th day of September, 2025, it is hereby **ORDERED** that a Case Management Conference shall be held on **Thursday, October 9, 2025 at 1:30 p.m.** in Room 14614, United States District Court, 601 Market Street, Philadelphia, PA 19106. The Parties **SHALL** submit a Rule 26(f) Status Report <u>**no later than**</u> <u>October 2, 2025</u>.

**PLAINTIFF, A REPRESENTATIVE FOR DEFENDANT WITH FULL AUTHORITY TO SETTLE THE CASE, AND ANY INSURANCE REPRESENTATIVE MUST ATTEND IN PERSON. LEAD COUNSEL FOR ALL PARTIES SHALL ATTEND AND SHALL BE PREPARED TO DISCUSS SCHEDULING AND SETTLEMENT IN THIS MATTER.**

                                                  **AND IT IS SO ORDERED.**

                                              */s/ Paul S. Diamond*

                                              Paul S. Diamond, J.