IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AQUA PENNSYLVANIA, INC.** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | Civ. No. 25-1101 |
| **ARKEMA, INC.** : | |
|     **Defendant.** : | |
| : | |

## AMENDED ORDER

**AND NOW**, this 30th day of September, 2025, it is hereby **ORDERED** that the Case Management Conference in the above captioned case is hereby rescheduled and shall be held on **Thursday, November 6, 2025, at 1:30 p.m.** in Room 14614, United States District Court, 601 Market Street, Philadelphia, PA 19106. The Parties **SHALL** submit the Rule 26(f) Status Report no later than October 30, 2025.

**PLAINTIFF, A REPRESENTATIVE FOR DEFENDANT WITH FULL AUTHORITY TO SETTLE THE CASE, AND ANY INSURANCE REPRESENTATIVE MUST ATTEND IN PERSON. LEAD COUNSEL FOR ALL PARTIES SHALL ATTEND AND SHALL BE PREPARED TO DISCUSS SCHEDULING AND SETTLEMENT IN THIS MATTER.**

AND IT IS SO ORDERED.

                                                   */s/ Paul S. Diamond*
                                                   Paul S. Diamond, J.